■ PATRICIA A. O'ROURK et al., Respondents, v ROBERT J. BERNER et al., Appellants. (Appeal No. 6.) [671 NYS2d 372] —Order insofar as appealed from unanimously reversed on the law without costs and award of prejudgment interest vacated. Same Memorandum as in *O'Rourk v Berner* ([appeal No. 1] 249 AD2d 975 [decided herewith]). (Appeal from Order of Supreme Court, Erie County, Whelan, J.—Interest.) Present—Denman, P. J., Pine, Wisner, Callahan and Fallon, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PAMELA GOODBODY, Appellant. [671 NYS2d 707] —Judgment unanimously affirmed. Memorandum: Defendant appeals from a judgment convicting her of driving while intoxicated as a felony (Penal Law § 1192 [3]; § 1193 [1] [c]) and unlawful possession of marihuana (Penal Law § 221.05). County Court's *Sandoval* ruling was not an abuse of discretion (*see, People v Drakes*, 211 AD2d 809, *lv denied* 86 NY2d 734; *People v Rhodes*, 96 AD2d 565, 567). Defendant failed to preserve for our review her contention that the presentence report was inadequate (*see*, CPL 470.05 [2]). Finally, defendant's sentence is neither unduly harsh nor severe. (Appeal from Judgment of Ontario County Court, Harvey, J.—Felony Driving While Intoxicated.) Present—Green, J. P., Wisner, Pigott, Jr., Balio and Fallon, JJ.